# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMA L. MAYNARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:14-cv-00027 |
| v. ) | |
| ) | Judge Sharp |
| CAROLYN W. COLVIN. ) | Magistrate Judge Knowles |
| Acting Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Jama L. Maynard filed this action to appeal the Social Security Administration's denial of her request for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act. Plaintiff filed a Motion for Judgment on the Administrative Record (Docket No. 34), to which the SSA has responded in opposition (Docket No. 36), and Plaintiff has replied (Docket No. 39).

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R"), (Docket No. 40), in which he recommends that Plaintiff's Motion be granted, the decision of the SSA be reversed, and this matter be remanded for further administrative proceedings. Despite being advised that any objection needed to be filed within fourteen days, the SSA has filed none.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket No. 40) is ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is

GRANTED;

(3) The decision of the SSA is REVERSED; and

(4) This matter is REMANDED for further administrative proceedings consistent with this decision.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE